

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 2 2 2007
NANCY MAYER WHITTI---   CLERK

EVANGELINE TURNER,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

    Defendant.

Case: 1:07-cv-00569
Assigned To : Bates, John D.
Assign. Date : 3/22/2007
Description: TURNER v. FEDEX

Jury Trial Demanded

---

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

---

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant, Federal Express Corporation, certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of Federal Express Corporation which have any outstanding securities in the hands of the public:  <u>FedEx Corporation</u>.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  March 22, 2007

637554

                                          Respectfully submitted,

By: *Edward J. Efkeman* (signature)
Edward J. Efkeman
(DC Bar No. 479545)
Senior Counsel
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B – 3rd Floor
Memphis, Tennessee 38125
Telephone: (901) 434-8217
Facsimile: (901) 434-9278

M. Kimberly Hodges
TN Bar No. 020809
Senior Attorney
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B – 3rd Floor
Memphis, Tennessee 38125
Telephone: (901) 434-8217
Facsimile: (901) 434-9278

*Attorneys for Defendant*

637554

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Disclosure of Corporate Affiliations and Financial Interests was served via first class mail, postage prepaid this 22nd day of March, 2007 on the following:

                Michael L. Avery
                AVERY & ASSOCIATES
                1331 H Street, NW, Suite 902
                Washington, DC 20005
                Telephone: (202) 393-4600
                Fax: (202) 393-3633

                _____
                Edward J. Efkeman

637554