UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EVANGELINE TURNER,

   Plaintiff,

v.                                                                                  Case No.: 1:07-cv-00569

FEDERAL EXPRESS CORPORATION

   Defendant.

---

**DEFENDANT'S MOTION FOR
ADMISSION *PRO HAC VICE* OF M. KIMBERLY HODGES**

---

      COMES NOW Defendant, Federal Express Corporation, ("FedEx "), and files this motion by Edward Efkeman ("Movant"), requesting permission for M. Kimberly Hodges to Appear *Pro Hac Vice*, and in support thereof would respectfully show the Court as follows:

1.    Movant is a practicing attorney and a member in good standing of the bar of this Court; and, Movant finds the nonresident attorney to be a reputable attorney and recommends the nonresident attorney be permitted to practice in this proceeding before the Court; and

3.    This Motion is accompanied by M. Kimberly Hodges' Declaration in Support of this Motion.

637439 v1

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court grant the Motion for M. Kimberly Hodges to Appear *Pro Hac Vice* in this matter.

    Respectfully submitted,

    _/s/Edward J. Efkeman_____
    Edward J. Efkeman (D.C. Bar #479545)
    M. Kimberly Hodges  (pro hac vice pending)
    Federal Express Corporation
    3620 Hacks Cross Road
    Bldg. B, 3rd Floor
    Memphis, Tennessee  38125
    (901) 434-8555
    (901) 434-9271 Fax

    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the Motion for Admission *Pro Hac Vice* was filed via ECF and served electronically this 27th day of March, 2007 on the following:

> Michael L. Avery
> AVERY & ASSOCIATES
> 1331 H Street, NW, Suite 902
> Washington, DC 20005
> Telephone: (202) 393-4600
> Fax: (202) 393-3633

                                                  /s/ Edward Efkeman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EVANGELINE TURNER,

    Plaintiff,

v.                                                                          Case No.:  1:07-cv-00569

FEDERAL EXPRESS CORPORATION

    Defendant.

## DECLARATION OF M. KIMBERLY HODGES IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

COMES NOW M. Kimberly Hodges, and submits this Declaration in Support of Defendant, Federal Express Corporation's ("FedEx") Motion for *Pro Hac Vice* Admission of M. Kimberly Hodges.

1.    Declarant's full name is Melissa Kimberly Hodges.

2.    Declarant's office address is 3620 Hacks Cross Road, Building B., 3rd Floor, Memphis, Tennessee 38125.  Declarant's telephone number is (901) 434-8217.

3.    Since October 2000, Declarant has been and presently is a member in good standing of the Bar of the State of Tennessee, where she regularly practices law.  Declarant's bar license number in Tennessee is 020809.   Since July 2001, Declarant has also been and presently is a member in good standing of the Bar of the State of Mississippi.  Declarant's bar license number in Mississippi is 100276.

4.    Declarant has also been admitted to practice before the following federal courts:

| **Court:** | **Admission Date:** |
|---|---|
| USDC Western District of TN | 05/25/2001 |
| USDC Northern District of MS | 11/06/2001 |
| USDC Southern District of MS | 11/06/2001 |
| Fifth Circuit Court of Appeals | 11/07/2001 |
| Sixth Circuit Court of Appeals | 02/14/2005 |
| Eleventh Circuit Court of Appeals | 12/07/2005 |
| Eighth Circuit Court of Appeals | 03/23/2005 |
| USDC Eastern District of Arkansas | 07/18/2005 |
| USDC Western District of Arkansas | 07/18/2005 |
| Central District of Illinois | 09/22/2006 |

5. Declarant has not been disciplined by any bar.

6. Declarant has never been admitted *pro hac vice* in this Court.

7. Declarant does not engage in the practice of law from an office located in the District of Columbia.

8. Declarant is familiar with the Local Rules of this Court and other materials set forth in Rules LcvR 83.8(b) and LcvR 83.9(a).

FURTHER, DECLARANT SAITH NOT.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

/s/ M. Kimberly Hodges
M. Kimberly Hodges

2