**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

EVANGELINE TURNER,

    Plaintiff,

v.                                  Case No.: 1:07-cv-00569

FEDERAL EXPRESS CORPORATION

    Defendant.

---

**DEFENDANT'S MOTION AND SUPPORTING MEMORANDUM
FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

---

    Defendant, Federal Express Corporation, (hereinafter "Defendant"), moves the Court for additional time to file its response to Plaintiff's Complaint. In support of its Motion, Defendant states as follows:

    1.    Plaintiff served Defendant with her Complaint on March 5, 2007.

    2.    On March 22, 2007, Defendant filed its Notice of Removal with this Court and, on that same day, filed a Notice of Filing Notice of Removal with the District of Columbia Superior Court.

    3.    Defendant's response to Plaintiff's Complaint is, therefore, currently due on March 29, 2007.

    4.    Defendant will need additional an additional seven (7) calendar days in which to prepare and file its response to the Complaint.

    5.    Neither party will be prejudiced by the requested extension.

Accordingly, Defendant respectfully moves the Court for an Order granting it an additional seven (7) calendar days, up to and including April 5, 2007 in which to file its response to the Complaint.

>Respectfully submitted,
>
>By:  /s/ Edward J. Efkeman
>Edward J. Efkeman
>(DC Bar No. 479545)
>Senior Counsel
>FEDERAL EXPRESS CORPORATION
>3620 Hacks Cross Road
>Building B – 3rd Floor
>Memphis, Tennessee  38125
>Telephone: (901) 434-8555
>Facsimile: (901) 434-9271
>
>M. Kimberly Hodges
>(admitted *pro hac vice*)
>TN Bar No. 020809
>Senior Attorney
>FEDERAL EXPRESS CORPORATION
>3620 Hacks Cross Road
>Building B – 3rd Floor
>Memphis, Tennessee  38125
>Telephone: (901) 434-8217
>Facsimile: (901) 434-9278
>
>*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed via ECF and served electronically this 29th day of March, 2007, with a copy served via U.S. Mail, postage prepaid on the following:

>Michael L. Avery
>AVERY & ASSOCIATES
>1331 H Street, NW, Suite 902
>Washington, DC 20005
>Telephone:  (202) 393-4600
>Fax:  (202) 393-3633

>/s/ M. Kimberly Hodges

## **CERTIFICATE OF CONSULTATION**

The undersigned, M. Kimberly Hodges, hereby certifies that she has attempted to confer with Counsel for Plaintiff regarding the relief requested in this Motion, but was informed that he was out of the office on vacation and was, therefore, unable to ascertain his consent prior to filing this Motion.  Counsel for Defendant will complete its consultation upon his return and will file an amended Certificate of Consultation.

>/s/  M. Kimberly Hodges

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EVANGELINE TURNER,

    Plaintiff,

v.                                                                    Case No.:  1:07-cv-00569

FEDERAL EXPRESS CORPORATION

    Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION**
**FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

---

    Before the Court is Defendant's Motion for Extension of Time to File Response to Complaint. The Court finds that the Motion should be and hereby is GRANTED. Accordingly, Defendant shall have an additional seven (7) calendar days, up to and including April 5, 2007 in which to serve its response to the Complaint in this matter.

    Signed this _____ day of March, 2007.

                                                                                                           _____