UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EVANGELINE TURNER,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL EXPRESS CORP.,**<br><br>Defendant. | Civil Action No. 07-00569 (JDB) |

### ORDER

Upon consideration of [5] Federal Express's motion to dismiss, the opposition and reply thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that the complaint is hereby **DISMISSED**.

SO ORDERED.

/s/
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Date: March 28, 2008